**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN FREDERICK WHEELER, | Case No.: 1:12-cv-01815 - AWI - JLT |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME |
| v. | (Doc. 10) |
| BARACK OBAMA, et al., | |
| Defendants. | |

Plaintiff seeks an extension of time to file objections to the Findings and Recommendations issued on December 7, 2012.  Plaintiff reports he was hospitalized needs time to conduct research and prepare proper objections.  (Doc. 10 at 2).

Good cause appearing, **IT IS HEREBY ORDERED**:

1. Plaintiff's motion for an extension of time (Doc. 10) is **GRANTED**; and
2. Plaintiff **SHALL** file objections to the Findings and Recommendations on or before **January 18, 2013**.

IT IS SO ORDERED.

Dated: **January 2, 2013**                             /s/ Jennifer L. Thurston
                                                                           UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28